**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION,<br><br>                Plaintiff,<br><br>     v.<br><br>UHS OF DELAWARE, INC., UHS OF TEXOMA, INC., TEXOMACARE, UNIVERSAL HEALTH SERVICES, INC., and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. 09-cv-7935<br><br>District Judge Virginia Kendall<br><br>Magistrate Judge Geraldine Soat Brown |

**PLAINTIFF BLUE CROSS AND BLUE SHIELD ASSOCIATION'S
REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF ITS OPPOSITION TO UHS OF TEXOMA, INC.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, UHS
OF DELAWARE, INC.'S AND UNIVERSAL HEALTH SERVICES, INC.'S MOTION
TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY, AND ALL
DEFENDANTS' MOTION TO TRANSFER VENUE**

      Plaintiff Blue Cross and Blue Shield Association hereby requests that this Court takes judicial notice of the following documents and facts:

      A.     Documents: <u>Universal Health Services website (selected excerpts)</u>. True and correct copies of printouts of pages from Defendant Universal Health Services' website accessible at www.uhsinc.com are attached as Exhibit A. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents are publicly accessible statements of Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

      B.     Documents: <u>Universal Health Services Press Releases dated December 6, 2006 and January 3, 2007</u>. True and correct copies of printouts of Defendant Universal Health Services' press releases, available on or through its website accessible at www.uhsinc.com, are

attached as Exhibit B. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents are publicly accessible statements of Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

      C.      Documents: <u>Universal Health Services' public securities filings (excerpts)</u>. True and correct copies of excerpts (cover or front page with pages mentioning Texoma) from SEC Form 10-K filed February 25, 2010, 2009 Annual Report, 2008 Annual Report, and 2007 Annual Report are attached as Exhibit C. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents reflect public filings by Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

      D.      Documents: <u>Universal Health Services' information listed with Delaware Secretary of State and Illinois Secretary of State</u>. True and correct copies of printouts of Defendant Universal Health Services' information listed with the Delaware Secretary of State, accessible through the Delaware Secretary of State's website accessible at delecorp.delaware.gov, and its information listed with the Illinois Secretary of State, accessible through the Illinois Secretary of State's website accessible at ilsos.gov/corporatellc, are attached as Exhibit D. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents reflect government filings by Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

      E.      Documents: <u>UHS of Delaware, Inc.'s information listed with Delaware Secretary of State and Illinois Secretary of State</u>. True and correct copies of printouts of Defendant UHS of Delaware's information listed with the Delaware Secretary of State, accessible through the Delaware Secretary of State's website accessible at delecorp.delaware.gov, and its information listed with the Illinois Secretary of State, accessible through the Illinois Secretary of State's website accessible at ilsos.gov/corporatellc, are attached as Exhibit E. Judicial notice of these

documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents reflect government filings by Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

   F. Documents: <u>UHS of Delaware, Inc.'s trademark filings with the U.S. Patent & Trademark Office</u>. True and correct copies of printouts relating to or constituting Defendant UHS of Delaware's trademark filings with the U.S. Patent & Trademark Office, accessible through the Trademark Office's website accessible at www.uspto.gov, are attached as Exhibit F. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents reflect government filings by Defendant or information maintained by government agencies on Defendant's filings; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

   G. Documents: <u>UHS of Texoma website (selected excerpts)</u>. True and correct copies of printouts of pages from Defendant UHS of Texoma's website accessible at www.texomamedicalcenter.net are attached as Exhibit G. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents are publicly accessible statements of Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

   H. Documents: <u>UHS of Texoma Press Release dated December 15, 2008</u>. A true and correct copy of a printout of Defendant UHS of Texoma's press release, available on or through its website accessible at www.texomamedicalcenter.net, is attached as Exhibit H. Judicial notice of this document and its contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents is a publicly accessible statement of Defendant; and it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

   I. Documents: <u>UHS of Texoma, Inc.'s information listed with Texas Secretary of State</u>. True and correct copies of printouts of Defendant UHS of Texoma's information listed with the Texas Secretary of State, according to LexisNexis databases, are attached as Exhibit I. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal

Rules of Evidence, as the documents reflect government filings by Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

      J.      Documents: <u>UHS of Texoma, Inc.'s information listed on Texas real property records</u>. True and correct copies of printouts of Defendant UHS of Delaware's information listed with the Texas Secretary of State, according to LexisNexis databases, are attached as Exhibit J. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents reflect government filings by Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

      K.      Documents: <u>UHS of Texoma, Inc.'s information in filings with Texas Department of State Health Services</u>. True and correct copies of Defendant UHS of Texoma's filings with the Texas Department of State Health Services are attached as Exhibit K. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents reflect government filings by Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

      L.      Documents: <u>UHS of Texoma, Inc.'s fictitious business name filings</u>. True and correct copies of Defendant UHS of Texoma's fictitious business name filings, according to LexisNexis databases, are attached as Exhibit L. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents reflect government filings by Defendant; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

      M.      Documents: <u>News Articles Announcing Opening of New UHS of Texoma Medical Facility</u>. True and correct copies of printouts of news articles relating to Defendant UHS of Texoma's opening of a new medical facility are attached as Exhibit M. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents are capable of accurate and ready determination by resort to sources whose accuracy

cannot reasonably be questioned.

  N. Documents: <u>Domain name registration records for UHS of Texoma website (and related documents)</u>. True and correct copies of printouts of the domain-name registration records for [www.texomamedicalcenter.net](www.texomamedicalcenter.net) are attached as Exhibit N, along with information showing the location of the domain server and IP address indicated on those records. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

  O. Documents: <u>UHS of Texoma's job listings on third-party websites</u>. True and correct copies of printouts of pages from various third-party websites showing job listings by Defendant UHS of Texoma are attached as Exhibit O. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents are publicly accessible statements of Defendant on these websites; and they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

  P. Documents: <u>UHS of Texoma website (archival copies)</u>. True and correct copies of printouts of pages from archival copies of Defendant UHS of Texoma's website accessible at [www.texomamedicalcenter.net](www.texomamedicalcenter.net) as of January 19, 2008, March 1, 2008, June 12, 2008, July 6, 2008, October 30, 2008, December 18, 2008, February 8, 2009, April 7, 2009, June 8, 2009, August 10, 2009, and December 25, 2009, as maintained at Domaintools, accessible at www.domaintools.com, are attached as Exhibit P. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

  Q. Documents: <u>Past Issues of UHS of Texoma "HealthNews Online Magazine."</u> True and correct copies of the front pages of the Summer 2007, Summer 2007, Fall 2007, Winter 2007, Spring 2008, Fall 2008, Spring 2009, Summer 2009, Fall 2009, Winter 2009, and Winter 2010 issues of Defendant UHS of Texoma's newsletters, accessible at or through

www.texomamedicalcenter.net, as maintained at texoma.uhspublications.com, are attached as Exhibit Q. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

  R. Documents: <u>Domain name registration records for uhspublicationos.com website (and related documents)</u>. True and correct copies of printouts of the domain-name registration records for www.uhspublications.com are attached as Exhibit R, along with information showing the location of the domain server and IP address indicated on those records and a printout from the website of the company that appears to be operating the website. Judicial notice of these documents and their contents is proper under Rule 201 of the Federal Rules of Evidence, as the documents are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

  S. Documents: <u>UHS of Texoma HIPAA Statement</u>. A true and correct copy of Defendant UHS of Texoma's HIPAA Statement, accessible by clicking on the "HIPAA Statement" link at the bottom of pages on the website accessible at www.texomamedicalcenter.net (which then opens a pop-up window that appears to be based at www.uhsinc.com), is attached as Exhibit S. Judicial notice of this document and its contents is proper under Rule 201 of the Federal Rules of Evidence, as the document is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

  T. Documents/Facts: The distance between the courts in the Eastern District of Texas and the nearest major airports and the distance between the courts in the Northern District of Illinois and the nearest major airports, are attached as Exhibit T. Judicial notice of this information is proper under Rule 201 of the Federal Rules of Evidence, as the document is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

2341448.2

        Respectfully submitted,

        PLAINTIFF BLUE CROSS AND BLUE
        SHIELD ASSOCIATION

        By /s/ Garner Weng
          One of Its Attorneys

*Attorneys for Plaintiff*

| | |
|---|---|
| Anthony C. Valiulis | Lawrence M. Cirelli |
| Cassandra M. Crane | Susan G. O'Neill |
| Much Shelist Denenberg | Garner K. Weng |
|  Ament & Rubenstein PC | Hanson Bridgett LLP |
| 191 North Wacker Drive | 425 Market Street, 26th Floor |
| Suite 1800 | San Francisco, CA 94105 |
| Chicago, Illinois 60601 | 415-777-3200 |
| 312-521-2000 | |

2341448.2