## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Blue Cross And Blue Shield Association
                                         Plaintiff,

v.                                                 Case No.: 1:09−cv−07935
                                                Honorable Gary Feinerman

UHS of Delaware, Inc., et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 24, 2011:

      MINUTE entry before Honorable Geraldine Soat Brown: Settlement conference held. A binding settlement agreement has been reached. A stipulation to dismiss will be submitted to the District Judge within 60 days. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.