IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, | Case No. 09-cv-7935 |
| Plaintiff, | Judge Gary Feinerman |
| | Magistrate Geraldine Soat Brown |
| UHS OF DELAWARE, INC.; UHS OF TEXOMA, INC.; TEXOMACARE; UNIVERSAL HEALTH SERVICES, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff Blue Cross and Blue Shield Association and Defendants UHS of Delaware, Inc., UHS of Texoma, Inc., Texomacare and Universal Health Services, Inc. hereby stipulate to the dismissal with prejudice of all claims asserted in Case No 09 cv 7935 in the United States District Court for the Northern District of Illinois, each party to bear its own fees and costs.

Dated: August 1, 2011

HANSON BRIDGETT LLP;
MUCH SHELIST DENEBERG
 AMENT & RUBENSTEIN PC


By:   /s/ Garner Weng
Lawrence M. Cirelli, *pro hac vice*           Anthony C. Valiulis
Susan G. O'Neill, *pro hac vice*              Cassandra M. Crane
Garner K. Weng, *pro hac vice*                Much Shelist Denenberg
Hanson Bridgett LLP                           Ament & Rubenstein PC
425 Market Street, 26th Floor                 191 North Wacker Drive, Suite 1800
San Francisco, CA 94105                       Chicago, IL 60601
415-777-3200                                  312-521-2000

*Attorneys for Plaintiff*

Dated: August 1, 2011

UNGARETTI & HARRIS LLP


By:    /s/ Roger Stein
Roger H. Stein
Bryan P. Sugar
Ungaretti & Harris LLP
70 W. Madison Street, Suite 3500
Chicago, IL 60602
312-977-4400

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

    I, Garner Weng, an attorney, certify that on August 1, 2011 I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notice of such filing to all counsel of record.

                                                             /s/ Garner Weng